IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MIADA PARRA, AS SISTER AND ADMINISTRATOR OF THE ESTATE OF ESTEBEN PARRA, DECEASED )<br><br>Plaintiff,<br><br>vs.<br><br>CUYAHOGA COUNTY, *et al.,*<br><br>Defendants. | CASE NO. 1:20-CV-01641<br><br>JUDGE J.PHILIP CALBRESE<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Miada Parra, as Sister and Administrator of the Estate of Esteben Parra, and all current Defendants, jointly submit this Stipulation of Dismissal of this action Without Prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ *Paul J. Cristallo*
PAUL J. CRISTALLO (0061820)
The Law Office of Paul J. Cristallo
The Brownhoist Building
4403 St. Clair Avenue
Cleveland, OH  44103
T:440.478.5262
F:216.881.3928
Email:  paul@cristallolaw.com
Counsel for Plaintiff Miada Parra, as Administrator of the Estate of Esteben Parra

*Per Telephone Consent*
Ms. Janeane R. Cappara
Cuyahoga County Prosecutor's Office
1200 Ontario Street, 8th Floor
Cleveland, OH  44113
jcappara@prosecutor.cuyahogacounty.us
Counsel for Defendants Cuyahoga County,
Lawler, Zappe, Clements, and Coyne


*Per Telephone Consent*
Mr. Marc W. Groedel
Reminger, Co., L.P.A.
101 W. Prospect Ave., Ste, 1400
Cleveland, OH  44115
mgroedel@reminger.com
Counsel for Defendants Honacki,
Spisak, Soucie, and Tallman


## CERTIFICATE OF SERVICE

I certify that on this 27th day of July, 2021, the foregoing Stipulation of Dismissal Without Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/  Paul J. Cristallo                                  .
PAUL J. CRISTALLO (0061820)
Counsel for Plaintiff Miada Parra, as
Administrator of the Estate of Esteben Parra